# United States Bankruptcy Court
## District of Delaware

| | | | |
|---|---|---|---|
| In re | **Silverfern Capital Management, LLC** | Case No. | |
| | Debtor(s) | Chapter | **7** |

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 6, 2026**

**/s/ Clive R. Holmes**
**Clive R. Holmes**/**Chairman**
Signer/Title

Citibank et. al.
c/o Dewey Pegno & Kramarsky LLP
777 Third Avenue
New York, NY 10017

District Director
Attn: Insolvency
Internal Revenue Service
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

Ellen W. Slights, Esq.
United States Attorney s Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

HaystackID, LLC
PO Box 95858
Chicago, IL 60694

Internal Revenue Service
Attn: Insolvency
1352 Marrows Road, 2nd Floor
Newark, DE 19711-5445

Internal Revenue Service
P.O. BOX 7346
Philadelphia, PA 18101-7346

J. Freund PC
427 North Camden Drive
Beverly Hills, CA 90210

JPMorgan Chase Bank
PO Box 44959
Indianapolis, IN 46244

JPMorgan Chase
PO Box 183222
Columbus, OH 43218

Kasowitz, Benson Torres LLP
1633 Broadway
New York, NY 10019-6799

Mark Schonfeld, Esq.
Regional Director
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281-1022

Matthew Berry, Esq.
Office of General Counsel
Federal Communications Commission
445 12th Street, S.W.
Washington, DC 20554

Michael A. Berman, Esq.
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, N.E.
Washington, DC 20549

Michael B. Mukasey, Esq.
Office of the Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

Office of the General Counsel
Pension Benefit Guaranty Corp.
1200 K Street, N.W.
Washington, DC 20005-4026

Secretary of State
Division of Corporations
Franchise Tax

P.O. Box 7040
Dover, DE 19903

Secretary of Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Spiro Harrison & Nelson
40 Echange Place
Suite 1404
New York, NY 10005

Stark Business Solutions, Inc.
777 West Putnam Avenue
Suite 300
Greenwich, CT 06830