**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | Case No. 26-11581 (TMH) |
| | ) | |
| Silverfern Capital Management, LLC, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |
| In Re: | ) | Case No. 26-11582 (TMH) |
| | ) | |
| The Silverfern Group, Inc., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, hereby certify that on October 23, 2026, service of the within *Amended Notice of Rescheduled Section 341 Meeting of Creditors* was made via e-notification by the Court upon all parties requesting same. Service of the within Notice will be made by first-class mail on October 23, 2026 as follows:

*All parties listed on the attached mailing matrix*

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 23, 2026

*/s/ Timothy P. Cairns*
Timothy P. Cairns (DE Bar No. 4228)

**Service List**

| | | |
|---|---|---|
| Citibank et. al.<br>c/o Dewey Pegno & Kramarsky LLP<br>777 Third Avenue<br>New York, NY 10017 | District Director<br>Attn: Insolvency<br>Internal Revenue Service<br>31 Hopkins Plaza, Room 1150<br>Baltimore, MD 21201 | Ellen W. Slights, Esq.<br>United States Attorney s Office<br>District of Delaware<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801 |
| HaystackID, LLC<br>PO Box 95858<br>Chicago, IL 60694 | Internal Revenue Service<br>Attn: Insolvency<br>1352 Marrows Road, 2nd Floor<br>Newark, DE 19711-5445 | Internal Revenue Service<br>P.O. BOX 7346<br>Philadelphia, PA 18101-7346 |
| J. Freund PC<br>427 North Camden Drive<br>Beverly Hills, CA 90210 | JPMorgan Chase Bank<br>PO Box 44959<br>Indianapolis, IN 46244 | JPMorgan Chase<br>PO Box 183222<br>Columbus, OH 43218 |
| Kasowitz, Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6799 | Mark Schonfeld, Esq.<br>Regional Director<br>Securities & Exchange Commission<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022 | Matthew Berry, Esq.<br>Office of General Counsel<br>Federal Communications Commission<br>445 12th Street, S.W.<br>Washington, DC 20554 |
| Michael A. Berman, Esq.<br>Securities & Exchange Commission<br>Office of General Counsel-Bankruptcy<br>100 F Street, N.E.<br>Washington, DC 20549 | Michael B. Mukasey, Esq.<br>Office of the Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001 | Office of the General Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, N.W.<br>Washington, DC 20005-4026 |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 7040<br>Dover, DE 19903 | Secretary of Treasury<br>1500 Pennsylvania Avenue, N.W.<br>Washington, DC 20220 | Secretary of Treasury<br>P.O. Box 7040<br>Dover, DE 19903 |
| Spiro Harrison & Nelson<br>40 Echange Place<br>Suite 1404<br>New York, NY 10005 | Stark Business Solutions, Inc.<br>777 West Putnam Avenue<br>Suite 300<br>Greenwich, CT 06830 | Alfred T. Giuliano, Chapter 7 Trustee<br>Giuliano Miller & Company, LLC<br>2301 E. Evesham Road<br>Pavilion 800, Suite 210<br>Voorhees, NJ 08043 |